United States Bankruptcy Court
Central District of California

In re:  
Reefton, LLC  
      Debtor

Case No. 20-10181-VZ  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: scarranza     Page 1 of 1     Date Rcvd: Jan 09, 2020  
                            Form ID: def       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db            +Reefton, LLC,    P.O. Box 6398,    Beverly Hills, CA 90212-1398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:  
           Matthew   Abbasi    on behalf of Debtor    Reefton, LLC matthew@malawgroup.com  
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                      TOTAL: 2

| | |
|---|---|
| | **United States Bankruptcy Court**<br>**Central District of California** |
| In re:<br>Reefton, LLC | CHAPTER NO.: 11 |
| | CASE NO.: 2:20–bk–10181–VZ |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.

**Schd E/F(Form106E/F or 206E/F)**
**Schedule H (Form 106H or 206H)**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s).

**IF YOU DO NOT COMPLY**, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007–1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

Dated: <u>January 8, 2020</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

Form def – Rev 01/2018                                                                                                    **1 /**