Lane M. Nussbaum, SBN 264200
NUSSBAUM APC
27489 AGOURA ROAD, STE 102
AGOURA HILLS, CALIFORNIA 91301

Tel. (818) 660-1919   Fax. (818)

Attorneys for Movant Rexford Industrial Realty, L.P. (Tarzana)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re: REEFTON, LLC | Case No.: 2:20-bk-10181-VZ |
| Debtor(s), | SUPPLEMENTAL DECLARATION OF LANE NUSSBAUM IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

**DECLARATION OF LANE NUSSBAUM**

**DECLARATION OF LANE NUSSBAUM**

I, Lane Nussbaum, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all of the courts of the State of California, and am counsel for moving party Rexford Industrial Realty, L.P. (Tarzana) ("Movant") in the unlawful detainer case titled Rexford Industrial Realty, L.P. (Tarzana) v. F A Soliman Management, Inc., et al., case number 19VECV01103 ("UD"). The facts set forth in this Declaration are made of my own personal knowledge, and if called on to do so, I could and would testify thereto.

2.      Reefton, LLC ("Reefton") is a defendant in the above mentioned unlawful detainer action. Reefton and co-defendant, F A SOLIMAN MANAGMENT, INC ("SOLIMAN") were served with an unlawful detainer complaint on August 5, 2019 for the property located at 18310, 18314 Unit 5, 18316 Oxnard Street Tarzana, CA 91356 ("Property"). A true and correct copy of the complaint is attached hereto as Exhibit 1. Defendants filed an answer in the UD on August 15, 2019.

3. On September 2, 2019, Co- defendant SOLIMAN filed a Chapter 7 bankruptcy, case number 1-19-BK-12206-VK. Relief from the automatic stay was granted in Movant's favor on October 30, 2019. A true and correct copy of the order is attached hereto as Exhibit 2.

3.      Trial in the UD was originally set for Oct 7, 2019 but had to be continue numerous times until after the  relief from the automatic stay was granted. Trial was eventually set for November 12, 2019. On Nov 12, 2019 the parties in the UD matter reached a Stipulation Agreement ("Stipulation"). A true and correct copy of the Stipulation is attached hereto as Exhibit 3.

4.      Pursuant to the Stipulation Debtor REEFTON, LLC and  co-defendant, F A SOLIMAN MANAGMENT, INC agreed to termination of the lease and to vacate the property on December 12, 2019.

1

**SUPPLEMENTAL DECLARATION OF LANE NUSSBAUM**

5.      Debtor did not vacate the property by this date. Instructions along with the Writ of Possession were sent by my office to the Sheriffs Department for processing the lockout on the Property.

6.      On January 10, 2019 my office received notice from the Sheriff's Department that Debtor REETON, LLC filed this bankruptcy case, 2:20-BK-10181-VZ, placing a hold on the execution of the lockout.

7.      Based on the facts above, the lease terminated by Stipulation prior to the bankruptcy filing and the new filing in the bankruptcy court by Debtor Reefton, LLC seems to be part of a scheme to delay the processing of the judgment and writ of possession on the subject premises, and  to further delay Movant's recovery of possession of the property. Movant seeks in rem relief preventing future filing from further delaying possession of the  subject premises of the unlawful detainer action at 18310, 18314 Unit 5, 18316 Oxnard Street Tarzana, CA 91356.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated 01/13/2020

_____

Lane Nussbaum
Attorney for Movant

**VERIFICATION TO FORM AND SPECIAL INTERROGATORIES**